**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy (SBN #134180)
Michael Goldberg (SBN # 188669)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax: (310) 201-9160

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN # 219683)
Phillip Kim
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, individually and on behalf of all others similarly situated, | C 07 02986 WHA  CLASS ACTION |
| Plaintiff, | CERTIFICATION OF ATTORNEY LAURENCE M. ROSEN |
| vs. | |
| TELIK, INC., MICHAEL M. WICK, M.D., and CYNTHIA BUTITTA, | |
| Defendants. | |

Certificate of Attorney

0

## CERTIFICATE OF ATTORNEY LAURENCE M. ROSEN PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d)

Pursuant to Northern District Local Rule 3-7(d), I LAURENCE M. ROSEN, declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct.

Executed on June 6, 2007 at New York, NY.

THE ROSEN LAW FIRM, P.A.

_____
Laurence Rosen, Esq. (SBN #219683)

Certificate of Attorney

1