# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



DANIEL FEUER, Individually and on behalf of all others similarly situated,
    Plaintiff

v.

TELIK, INC., MICHAEL M. WICK, M.D., and CYNTHIA BUTITTA,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07  02986 WHA**

FILED BY FAX
PURSUANT TO LOCAL RULES
WESTERN ATTORNEY SERVICES

TO: (Name and address of defendant)

TELIK, INC., MICHAEL M. WICK, M.D., and CYNTHIA BUTITTA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy, Esq.,
Michael Goldberg, Esq.,
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fascimile: (310) 201-9160

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-7-07

(BY) DEPUTY CLERK
Sandy Morris

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



ADR
E-FILING

DANIEL FEUER, Individually and on behalf of all others similarly situated,
    Plaintiff

v.

TELIK, INC., MICHAEL M. WICK, M.D., and CYNTHIA BUTITTA,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 02986 WHA

WHA

FILED BY FAX
PURSUANT TO LOCAL RULES
WESTERN ATTORNEY SERVICES

TO: (Name and address of defendant)

TELIK, INC., MICHAEL M. WICK, M.D., and CYNTHIA BUTITTA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy, Esq.,
Michael Goldberg, Esq.,
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-7-07

Sandy Morris

(BY) DEPUTY CLERK