IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TELIK, INC., Michael M. Wick, M.D., and CYNTHIA BUTITTA,<br><br>Defendants.<br>_____ / | No. C 07-02986 WHA<br><br><br>**ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED** |

Pursuant to the Court's order dated July 12, 2007, the following are related cases under Local Rule 3-12(b):

   C 07-2986 WHA   *Feuer v. Telik, Inc.*

   C 07-3454 WHA   *Hatami v. Telik, Inc.*

Any party objecting to the consolidation of these cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure must show cause in writing no later than August 7, 2007, why the cases should not be consolidated, together with all cases related to them in the future. Any response to such objections must be filed no later than August 10, 2007, at which time the matter will be deemed submitted.

**IT IS SO ORDERED.**

Dated: July 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE