IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TELIK, INC., Michael M. Wick, M.D., and CYNTHIA BUTITTA,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/<br>AND RELATED ACTIONS.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 07-02986 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS TO APPOINT LEAD PLAINTIFF** |

The case management conference and hearing on motions to appoint a lead plaintiff are continued to **SEPTEMBER 20, 2007,** at **2:00 P.M.**

**IT IS SO ORDERED.**

Dated: July 31, 2007.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE