MICHAEL GOLDBERG (#188669)
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Fax:  (310) 201-9160

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN# 219683)
Phillip Kim
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Fax: (212) 202-3827

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELIK, INC., MICHAEL M. WICK, M.D., and CYNTHIA BUTITTA,<br><br>Defendants. | No. C07-02986-WHA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(i)[1], Plaintiff Daniel Feuer, by and through counsel, hereby voluntarily dismisses the above-captioned Complaint, without prejudice.

---

[1] …an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment…

Notice of Voluntary Dismissal                0

The above-captioned securities class action asserts claims that are substantially identical to two related securities fraud class actions currently pending in the U.S. District Court for the Southern District of New York (the "SDNY Actions") entitled:

- *Andrew R. May v. Telik, Inc. et al.*, 1:07-cv-04819 (CM); and
- *Kevin Hennessy v. Telik, Inc.*, 1:07-cv-05707 (CM)

In addition to Telik, Inc. and two of its officers, the SDNY Actions name seven additional defendants who were underwriters of Telik's public offerings of securities during the Class Period.  The seven underwriter defendants are headquartered in New York and/or conduct business in New York and constitute a majority of the named defendants in those actions.  Because the Southern District of New York has jurisdiction over the parties in the related SDNY Actions and those cases will be moving forward in the Southern District of New York, plaintiff is voluntarily dismissing the above-captioned action.

Plaintiff's voluntary dismissal of his Complaint shall have no effect upon his rights or the rights of the proposed class, including but not limited to the right to share in any recovery from the resolution of the related actions through settlement, judgment, or otherwise.

Dated: August 1, 2007          Respectfully submitted,
                               **GLANCY BINKOW & GOLDBERG LLP**

                        **By:**  **/S/ *Michael Goldberg***
                               MICHAEL GOLDBERG (#188669)
                               1801 Avenue of the Stars, Suite 311
                               Los Angeles, CA 90067

                               **THE ROSEN LAW FIRM, P.A.**
                               Laurence M. Rosen, Esq. (SBN# 219683)
                               Phillip Kim, Esq.
                               350 Fifth Avenue, Suite 5508
                               New York, New York 10118

                               *Attorneys for Plaintiff*

Notice of Voluntary Dismissal          1