# PROOF OF SERVICE BY MAIL

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 1, 2007, I served the following:

**1    NOTICE OF VOLUNTARY DISMISSAL**

on the parties shown below by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

**SEE SERVICE LIST**

Executed on August 1, 2007, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.


　　　　　　　　　　/s/ *Zabella O. Moore*
　　　　　　　　　　**ZABELLA O. MOORE**

# SERVICE LIST

*Feuer v. Telik, Inc., et al.,* CV07-02986-WHA

| | |
|---|---|
| David Avi Rosenfeld<br>Samuel Howard Rudman<br>LERACH, COUGHLIN, STOIA, GELLER,<br>RUDMAN & ROBBINS, LLP(LIS)<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>631-367-7100<br>631-367-1173 (fax)<br>drosenfeld@lerachlaw.com<br>srudman@lerachlaw.com<br><br>ATTORNEY representing Andrew R. May (Plaintiff)<br><br>Richard A. Maniskas<br>SCHIFFRIN & BARROWAY L.L.P.<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(610) 667-7706<br>(610) 667-7056 (fax)<br><br>ATTORNEY representing Kevin Hennessy (Plaintiff)<br><br>Evan J Smith<br>BRODSKY & SMITH, L.L.C.<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>516-741-4977<br>516-741-0626 (fax)<br>esmith@brodsky-smith.com<br><br>ATTORNEY representing Kevin Hennessy (Plaintiff) | Marc S. Henzel<br>LAW OFFICES OF MARC S. HENZEL<br>273 Montgomery Ave.<br>Suite 202<br>Bala Cynwyd, PA 19004<br>610-660-8000<br>610-660-8080 (fax)<br>Mhenzel182@aol.com<br><br>ATTORNEY representing Andrew R. May (Plaintiff)<br><br>Darren J. Robbins<br>Mary K. Blasy<br>LEARCH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS, LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br>(619) 231-7423 (fax)<br>e_file_sd@lerachlaw.com<br><br>ATTORNEY representing Andrew R. May (Plaintiff)<br><br>Laurence M. Rosen, Esq.,<br>Phillip Kim, Esq.,<br>THE ROSEN LAW FIRM, P.A.<br>350 Fifth Avenue, Suite 5508<br>New York, NY 10118<br>(212) 686-1060<br><br>Attorneys for Plaintiff<br><br>TELIK, INC.,<br>C/O REGISTERED AGENT THE<br>PRENTICE-HALL CORPORATION<br>SYSTEM, INC.<br>2711 CENTERVILLE ROAD SUITE 400<br>WILMINGTON,DE   19808<br>(302)636-5400<br><br>*Defendant* |