| | |
|---|---|
| SCHUBERT & REED LLP<br>Juden Justice Reed S.B.N. 153748<br>jreed@schubert-reed.com<br>Three Embarcadero Center, Ste. 1650<br>San Francisco, CA 94111<br>Telephone: (415) 788-4220<br>Fax: (415) 788-0161 | Brower Piven, A Professional Corporation<br>Charles J. Piven<br>Marshall N. Perkins<br>World Trade Center Baltimore<br>401 East Pratt Street<br>Baltimore, MD 21202<br>Telephone: (410) 332-0030 |
| **Proposed Liaison Counsel for Proposed Lead Plaintiffs and the Class** | **Proposed Lead Counsel for Proposed Lead Plaintiffs and the Class** |

Brower Piven, A Professional Corporation
David A.P. Brower
488 Madison Ave., 8th Fl.
New York, NY 10022
Telephone: (212) 501-9000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA<br>Defendants.<br><br><br>PARVIS HATAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA<br>Defendants. | **No. 07-cv-2986 (WHA)**<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF THE MEHAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**<br><br>Date: September 20, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom 9, 19th Floor<br><br>**Hon. William H. Alsup**<br><br>**No. 07-cv-3454 (MJJ)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that movants Ramesh K. Mehan, RML Limited, Ramesh K. Mehan Irrevocable Children's Trust, Joel K. Mehan Irrevocable Trust, Sheila G. Mehan Irrevocable Trust, Renee Mehan Family Trust, Neal D. Mehan Irrevocable Trust, Rahul D. Mehan and Ramesh K. Mehan Family Trust, (the "Mehan Group") hereby withdraw their motion (1) consolidating the above-captioned actions; (ii) appointing the Mehan Group as Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving the Mehan Group's selection of Brower Piven, A Professional Corporation ("Brower Piven") as Lead Counsel and Schubert & Reed, LLP as Liaison Counsel.

Dated: August 8, 2007

Respectfully submitted,

**SCHUBERT & REED, LLP**

By: /s/ Juden Justice Reed

Juden Justice Reed

Three Embarcadero Center
Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4120
Facsimile: (415) 788-0161

*Proposed Liaison Counsel for the Mehan Group and the Class*

**BROWER PIVEN**
A Professional Corporation
Charles J. Piven
Marshall N. Perkins
World Trade Center-Baltimore
401 East Pratt Street
Suite 2525
Baltimore, Maryland 21202

Telephone: (410) 332-0030
Facsimile: (410) 685-1300

**BROWER PIVEN**
A Professional Corporation
David A.P. Brower
Elizabeth A. Schmid
488 Madison Avenue
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

*Proposed Lead Counsel for
the Mehan Group and the Class*

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220